IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **TRINA DYE and TYRELL WEBB,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:12-cv-02790 |
| | ) |
| | ) Judge Motz |
| **SAFECO INSURANCE COMPANY OF** | ) |
| **AMERICA d/b/a SAFECO INSURANCE,** | ) Magistrate Judge Vescovo |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Plaintiffs Trina Dye and Tyrell Webb ("Plaintiffs") and defendant Safeco Insurance Company of America d/b/a Safeco Insurance ("Safeco") hereby give notice that they have settled this matter. Accordingly, Plaintiffs and Safeco hereby voluntarily stipulate to the dismissal of this case with prejudice, with the parties bearing their own costs, fees and expenses. Thus, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Safeco request entry of an order dismissing this case with prejudice.

Respectfully submitted,

*/s/* John R. Wingo
John R. Wingo (BPR No. 16955)
Kevin P. Hartley (BPR No. 29199)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN  37219
Phone:  (615) 782-2263 Fax:  (615) 742-4106
E-mail:  john.wingo@stites.com
*Counsel for Safeco Insurance Company of America*

                                            */s/* James W. Cook (with permission)
                                            James W. Cook (BPR No. 008760)
                                            7692 Poplar Pike
                                            Germantown, Tennessee 38138
                                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2013, a copy of the foregoing was served via electronic mail and/or first-class U.S. mail, postage prepaid, upon Plaintiffs' counsel as indicated below.

        James W. Cook (BPR No. 008760)
        7692 Poplar Pike
        Germantown, Tennessee 38138


                                              */s/* John R. Wingo